UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

RUBEN SOLIZ,
    Plaintiff,

v.

TEHAMA COUNTY SUPERIOR COURT,
    Defendant.

Case No. 16-cv-4354-NJV (PR)

**ORDER OF TRANSFER**

Dkt. No. 2

This is a civil rights case brought pro se by a state prisoner. Plaintiff appears to challenge his conviction. Plaintiff raises claims regarding his prosecution in Tehama County Superior Court. Plaintiff is incarcerated in Tracy, California. Both Tehama County and Tracy lie within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one.[1] *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: August 10, 2016

                                            _____
                                            NANDOR J. VADAS
                                            United States Magistrate Judge

---

[1] This case would also be transferred to the Eastern District if it were construed as a habeas petition.